# Mark J. Bernet, Receiver

# INVOICE

INVOICE #14-1004-F
DATE: MARCH 14, 2014

**TO:**

**FOR:**

MARK J. BERNET, as Receiver for Group One Networks, Inc., etc.

Services rendered and costs incurred for the period 07/05/2009 through

| DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|
| 07/05/2009 – Begin process of "scrubbing" computers in anticipation of sale of same | 2.5 | 275.00 | 687.50 |
| 07/09/2009 – Telephone call from attorney for FTC regarding location of horses and regarding Receiver's Initial Report | 0.5 | 275.00 | 137.50 |
| O7/17/2009 – telephone call from attorney for FTC regarding account receivable, Nicholson's settlement terms and boat, and valuation issues | 0.9 | 275.00 | 247.50 |
| 07/20/2009 – Telephone call to J. Burkett (accountant) regarding engagement for preparation of tax returns (0.4); telephone call to R. Eckard re same and re Kristin Tomayko (0.2) | 0.6 | 275.00 | 165.00 |
| 07/21/2009 – telephone call from J. Burkett re tax returns and re Kristin Tomayko (0.3); telephone call to R. Eckard re K. Tomayko's refusal to cooperate with accounting issues (0.3); | 0.6 | 275.00 | 165.00 |
| 07/21/2009 – E-mails to/from atty for FTC regarding value of assets in Tall Pines and e-mails to/from auctioneer regarding same (actual time was over .5 hours) | 0.2 | 275.00 | 55.00 |
| 07/22/2009 – Review e-mails from R. Brooke to Mrs. Ross regarding bank account information and discussions with Mrs. Ross regarding same and investigation concerning amounts in accounts | 0.8 | 275.00 | 220.00 |
| 07/22/2009 – e-mails to/from R. Eckard re K. Tomayko's refusal to cooperate (0.25); e-mails to/from R. Brooke regarding various bank account information (0.25) | 0.5 | 275.00 | 137.50 |
| 08/04/2009 – e-mails to/from R. Brooke regarding appraiser's opinion of value | 0.2 | 275.00 | 55.00 |
| 08/13/2009 – e-mails to/from R. Eckard regarding inspection of personal property and regarding electronic data and documentary evidence | 0.3 | 275.00 | 82.50 |
| 08/20/2009 – meeting with R. Eckard at Tall Pines Facility regarding personal property and regarding electronic data and documentary evidence (actual time including travel to/from Largo was over 4 hours) | 2.0 | 275.00 | 550.00 |
| 11/18/2009 – prepare email regarding assets of companies in receivership | 0.8 | 275.00 | 220.00 |

**EXHIBIT "A"**

| | | | |
|---|---|---|---|
| 11/19/2009 – Review financial statements and e-mails to/from R. Brooke regarding same | 0.7 | 275.00 | 192.50 |
| 11/20/2009 – Prepare demand letter to Optimized Contact Solutions for payment of invoice | 0.4 | 275.00 | 110.00 |
| 12/02/2009 – E-mail from R. Brooke regarding status of bank accounts and prepare response to same | 0.4 | 275.00 | 110.00 |
| 12/19/2009 – Review various mail items from taxing authorities (IRS and Florida DOR) at Tall Pines Facilities and prepare letters responding to same (actual time was over 6 hours) (3.0) | 3.0 | 275.00 | 825.00 |
| 12/31/2009 – review various items of correspondence and notices from various taxing authorities at Tall Pines Facilities and prepare responses to same (actual time was over 5 hours) | 2.5 | 275.00 | 687.50 |
| 01/11/2010 – Auction preparations (including review of materials and planning of auction event, discussions with counsel for the parties, review of stipulation (actual time was over 4 hours) | 2.0 | 275.00 | 550.00 |
| 01/12/2010 – Meeting with auctioneer at Tall Pines Facility and plan re auction (4.0); review orders from court (0.2); e-mails to/from R. Brooke re settlement and re plan for proceeding (0.2); telephone calls to/from B. Fisher (w/ R. Eckard's permission) re coordinating turnover of personal property (0.5); discussions with Mrs. Ross re auction and re issues with landlord (0.5) | 4.8 | 275.00 | 1,320.00 |
| 01/13/2010 – Auction preparations, including: discussions with auctioneer and Mrs. Ross, arrange for boat mechanic, arrange for transport and turnover of vehicles, coordinate turnover of Rolex and pickup of pontoon boat, investigation of need for permits to conduct auction, discussions w/ R. Eckard, coordination of continued "scrubbing" of desktop computers (actual time was over 4 hours) (2.0) | 2.0 | 275.00 | 550.00 |
| 01/14/2010 – Coordination and acceptance of delivery of vehicle and Rolex at Tall Pines Facility (Receiver's signature required); auction preparations (actual time was over 6 hours) | 4.0 | 275.00 | 1,100.00 |
| 01/16/2010 – Meeting with auctioneer and inspect Nicholson's 31' SeaRay and Nissan Pathfinder and inspect Fisher's pontoon boat, outboard motor and trailer (at different facilities) (6.0); auction preparations at Tall Pines facility (2.5) | 6.0 | 275.00 | 1,650.00 |
| 01/19/2010 – meeting with auctioneer re security issues and re auction planning and re scrubbing and staging computers (2.2); arrange for IT professional to scrub computer servers at Tall Pines Facility (actual time was over 2 hours) | 2.5 | 275.00 | 687.50 |
| 01/20/2010 – Auction preparations, including arrange for locksmith to change locks due to security issue (2.0); analysis of labor issues and of payroll issues (1.0) | 1.5 | 275.00 | 412.50 |
| 01/21/2010 – auction preparations, including: arrange for check requests for vendors, consult order re shredding of Personally-Identifiable Information, discussions with Mrs. Ross re set-up issues; discussions with Auctioneer re removal and storage, and marketing of boats and cars, etc. (actual time was over 4 hours) | 2.5 | 275.00 | 687.50 |
| 01/22/2010 – Meeting with Auctioneer and furniture liquidator at Tall Pines Facility and arrange for sale of half of office chairs (2.5); coordinate shredding of sensitive documents and of continued scrubbing of computers (2.0); discussions with auctioneer re marketing of boats (0.2); arrange for deposit of funds received for Fisher's trailer and prepare letter to counsel re same (0.6) | 4.5 | 275.00 | 1,237.50 |

| | | | |
|---|---|---|---|
| 01/23/2010 – Review mail and prepare correspondence to various trade creditors, IRS, Florida DOR and others re status of receivership and of litigation (4.0); prepare correspondence to BOA demanding surrender of funds (0.5) | 4.5 | 275.00 | 1,237.50 |
| 01/25/2010 – Review mail and prepare letters to creditors advising of status (0.5); auction preparations at Tall Pines Facility (actual time was over 2 hours) | 1.0 | 275.00 | 275.00 |
| 01/28/2010 – Further auction preparations (actual time was over 2 hours) | 1.0 | 275.00 | 275.00 |
| 01/30/2010 – Meeting with IT contractor at Tall Pines Facility regarding preparing servers for auction sale (2.0); prepare letters to IRS, DOR and other creditors re status (2.0) | 2.0 | 275.00 | 550.00 |
| 02/01/2010 – Discussions with Mrs. Ross re tasks concerning vacuum cleaners, mail, and document control/destruction/retention | 0.2 | 275.00 | 55.00 |
| 02/06/2010 – Auction preparations, including: review of marketing proposals, logistical issues, etc. (actual time was over 4 hours); arrange for preparation of W-2s by locating records on electronic data bases (actual time was over 2 hours) | 2.0 | 275.00 | 550.00 |
| 02/11/2010 – Prepare e-mail to counsel advising of proposed disposition of business records and e-mails from counsel for Defendants re same | 0.75 | 275.00 | 206.25 |
| 02/13/2010 – Physical setup for auction, including temporary storage of business and personnel records to protect consumers' personally-identifiable information (2.5); review of various items of correspondence from IRS and DOR and prepare responses to same (actual time was over 4 hours) | 4.0 | 275.00 | 1,100.00 |
| 02/19/2010 – e-mails to/from atty for defendants re W-2 forms and arrange for mailing of same | 0.5 | 275.00 | 137.50 |
| 02/20/2010 – continued auction preparations (actual time was over 6 hours) | 3.0 | 275.00 | 825.00 |
| 02/25/2010 – Continued preparations for auction at Tall Pines Facility (2.0) telephone call from R. Brooke re auction (0.4) | 2.0 | 275.00 | 550.00 |
| 02/27/2010 – Prepare for and attendance at auction of personal property of defendants (actual time was over 12 hours) | 8.0 | 275.00 | 2,200.00 |
| 03/01/2010 – E-mails and telephone calls to/from Mrs. Ross and auctioneer re cleanup issues | 1.1 | 275.00 | 302.50 |
| 03/02/2010 – E-mails and telephone calls to/from R. Eckard regarding television(s) and e-mails and telephone calls to/from staff re same (0.5); discussions with auctioneer re clean-up of Tall Pines and re items sold (0.5) | 0.9 | 275.00 | 247.50 |
| 03/06/2010 – Physical clean-up and strategy planning for storage of documents and electronic data containing personally-identifiable information at Tall Pines Facility (actual time was over 5 hours) | 2.5 | 275.00 | 687.50 |
| 03/09/2010 – Meeting with auctioneer at Tall Pines regarding cleanup and storage of records (2.5); e-mails to/from "purchaser" of Jaguar re non-payment (0.3) | 2.0 | 275.00 | 550.00 |
| 03/13/2010 – Clean-up issues, including arranging for disposition of remaining items at Tall Pines and disposition of remaining computers (actual time was over 4 hours) | 2.0 | 275.00 | 550.00 |
| 03/22/2010 – Telephone calls to/from IRS re receivership orders and prepare letter to IRS transmitting same | 0.2 | 275.00 | 55.00 |
| 03/27/2010 – Final cleanup of Tall Pines facility (actual time was over 4 hours) | 2.0 | 275.00 | 550.00 |

| | | | |
|---|---|---|---|
| 03/29/2010 – e-mails to/from R. Eckard re Nicholson's Rolex and analysis of ability to sell same | 0.2 | 275.00 | 55.00 |
| 03/01/2010 – E-mails and telephone calls to/from auctioneer and Mrs. Ross re cleanup issues | 0.4 | 275.00 | 110.00 |
| 04/13/2010 – Prepare letter to Bank of America re its lien on Mercedes | 0.3 | 275.00 | 82.50 |
| 04/19/2010 – Negotiate release price from BOA for Mercedes (includes telephone calls and e-mails and consultation with auctioneer re storage issues) | 0.4 | 275.00 | 110.00 |
| 04/20/2010 – Further discussions with BOA re release price for Mercedes | 0.2 | 275.00 | 55.00 |
| 04/26/2010 – Continued preparation of Report of Sale | 1.25 | 275.00 | 343.75 |
| 04/27/2010 -- Telephone call from atty for FTC re sale issues and re claims to be liquidated (0.3); revise draft Report of Sale and prepare e-mail to counsel for plaintiff and defendant re same and inviting comments (0.5) | 0.75 | 275.00 | 206.25 |
| 04/30/2010 – Telephone call from R. Brooke re comments to draft Report of Sale and re winding up receivership estate | 0.4 | 275.00 | 110.00 |
| 05/03/2010 -- Revise Report of Sale after comments from counsel for parties and arrange for filing same (including assembling exhibits) | 0.75 | 275.00 | 206.25 |
| 05/05/2010 -- E-mails to/from R. Eckard and R. Brooke regarding new sale date for Mercedes and Rolex | 0.3 | 275.00 | 82.50 |
| 05/19/2010 -- Prepare for auction of Rolex and Mercedes (including discussions with auctioneer and with lienholder on Mercedes) | 0.5 | 275.00 | 137.50 |
| 06/14/2010 -- Telephone call from IRS Agent requesting information on former employee | 0.4 | 275.00 | 110.00 |
| 06/15/2010 -- Telephone call from auctioneer re status of title to vehicle and telephone call to Bank of America re same | 0.5 | 275.00 | 137.50 |
| 10/22/2010 – Telephone call from atty for FTC re status | 0.5 | 275.00 | 137.50 |
| 10/29/2010 – Review correspondence from IRS re 941 obligations of Group One Networks; investigate same | 0.9 | 275.00 | 247.50 |
| 11/02/2010 – prepare letter to IRS re litigation status and re 941 obligations | 0.6 | 275.00 | 165.00 |
| 12/29/2010 – review letter from IRS and prepare letter responding to same | 0.3 | 275.00 | 82.50 |
| 09/01/2011 – telephone call from R. Brooke re status; | 0.2 | 275.00 | 55.00 |
| 09/12/2011 – Conference call with attorneys for FTC re related businesses and investigation concerning identity of former employees | 0.8 | 275.00 | 220.00 |
| 03/22/2013 – telephone call from attorney for purported class in class action lawsuit concerning need for information and concerning funds in reserve accounts with credit card payment processors (0.8); review files concerning prior investigation concerning credit card payment processors (0.5); prepare demand letter to credit card payment processors (0.4) | 1.3 | 275.00 | 357.50 |
| 04/16/2013 – E-mails and telephone calls to/from attorney for credit card payment processor (subsidiary of Zion's Bank) concerning funds in reserve account | 0.5 | 275.00 | 137.50 |
| 04/17/2013 – E-mails to/from atty for FTC re recovery of funds in reserve account from credit card payment processor | 0.2 | 275.00 | 55.00 |
| 04/22/2013 – Review correspondence from credit card processing company and arrange to deposit check received ($89,146.48) | 0.3 | 275.00 | 82.50 |

| Description | Hours | Rate | Amount |
|---|---|---|---|
| 07/03/2013 – Telephone calls and e-mails to/from office of the United States Trustee concerning Brett Fisher's bankruptcy case and concerning his bankruptcy schedules, including in particular issues under Section 727 of the Bankruptcy Code (0.5); investigate materials concerning Brett Fisher's assets as known through prior investigations and financial disclosures and e-mails to/from Office of US Trustee concerning same (0.5); telephone calls to/from R. Brooke at FTC concerning same and concerning issues with identity of consumers on electronic data base (0.3) | 1.3 | 275.00 | 357.50 |
| 07/05/2013 – Telephone calls to/from counsel for US Trustee regarding B. Fisher's bankruptcy case | 0.3 | 275.00 | 82.50 |
| 07/11/2013 – E-mails and telephone calls to/from attorneys in Philadelphia concerning Brett Fisher (0.3); e-mails and telephone calls to/from U.S. Trustee concerning Brett Fisher (0.2); prepare letter to US Trustee concerning Brett Fisher (0.2) | 0.2 | 275.00 | 55.00 |
| 08/15/2013 – Telephone calls and e-mails to/from Philadelphia counsel concerning electronic data and concerning paper records in storage facility | 0.3 | 275.00 | 82.50 |
| 08/16/2013 – Travel to Storage Facility in Largo to review paper records and to prepare for visit from Philadelphia counsel (2.2); telephone calls and e-mails to/from Philadelphia counsel re same (0.3); | 2.0 | 275.00 | 550.00 |
| 08/16/2013 – Begin preparation of final fee application [ACTUAL TIME WAS OVER 3 HOURS] | 1.0 | 275.00 | 275.00 |
| 08/19/2013 – continued preparation of final fee application [ACTUAL TIME WAS OVER 1.5 HOURS] | 0.75 | 275.00 | 206.25 |
| 09/01/2013 – continued preparation of final fee application [ACTUAL TIME WAS OVER 2 HOURS] | 1.0 | 275.00 | 275.00 |
| 09/15/2013 – continued preparation of final fee application [ACTUAL TIME WAS OVER 2 HOURS] | 1.0 | 275.00 | 275.00 |
| 01/15/2014 – conference call with K. Felix and J. Ensor re wrap-up issues (0.5), and continue wrap-up issues (document destruction, final accounting, etc.) | 1.5 | 275.00 | 412.50 |
| 01/17/2014 -- Prepare letter to R. Eckard concerning electronic and paper records containing PII | 0.3 | 275.00 | 82.50 |
| 01/20/2014  Prepare draft copy of Receiver's Final Report (4.3); telephone calls to paper shredding companies concerning cost of destruction (0.2); | 4.0 | 275.00 | 1,100.00 |
| 01/23/2014 – Revise Receiver's final report and final fee application (0.8) | 0.8 | 275.00 | 220.00 |
| 02/14/2014 – further revisions to Receiver's final fee application (0.2) and receiver's final report (0.4) | 0.5 | 275.00 | 137.50 |
| TOTAL | 113.25 | 275.00 | 31,143.75 |

**EXPENSES**

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 07/05/2009 | Mileage Reimbursement – Roundtrip Tampa/Largo (40 miles @ IRS-approved rate of $0.55/mile) | $22.00 |
| 08/20/2009 | Mileage Reimbursement – Roundtrip Tampa/Largo (40 miles @ IRS-approved rate of $0.55/mile) | 22.00 |
| 12/19/2009 | Mileage Reimbursement – Roundtrip Tampa/Largo (40 miles @ IRS-approved rate of $0.55/mile) | 22.00 |
| 12/31/2009 | Mileage Reimbursement – Roundtrip Tampa/Largo (40 miles @ IRS-approved rate of $0.55/mile) | 22.00 |
| 01/12/2010 | Mileage Reimbursement – Roundtrip Tampa/Largo (40 miles @ IRS-approved rate of $0.50/mile) | 20.00 |
| 01/13/2011 | Mileage Reimbursement – Roundtrip Tampa/Largo (40 miles @ IRS-approved rate of $0.50/mile) | 20.00 |
| 01/14/2011 | Mileage Reimbursement – Roundtrip Tampa/Largo (40 miles @ IRS-approved rate of $0.50/mile) | 20.00 |
| 01/16/2011 | Mileage Reimbursement – Travel Tampa to Fisher's house in Clearwater, to Nicholson's house in Clearwater, to facility in Largo where Fisher stored boat trailer (62 miles @ $0.50/mile) | 31.00 |
| 01/19/2011 | Mileage Reimbursement – Roundtrip Tampa/Largo (40 miles @ IRS-approved rate of $0.50/mile) | 20.00 |
| 01/22/2011 | Mileage Reimbursement – Roundtrip Tampa/Largo (40 miles @ IRS-approved rate of $0.50/mile) | 20.00 |
| 01/25/2011 | Mileage Reimbursement – Roundtrip Tampa/Largo (40 miles @ IRS-approved rate of $0.50/mile) | 20.00 |
| 01/30/2011 | Mileage Reimbursement – Roundtrip Tampa/Largo (40 miles @ IRS-approved rate of $0.50/mile) | 20.00 |
| 02/13/2011 | Mileage Reimbursement – Roundtrip Tampa/Largo (40 miles @ IRS-approved rate of $0.50/mile) | 20.00 |
| 02/27/2011 | Mileage Reimbursement – Roundtrip Tampa/Largo (40 miles @ IRS-approved rate of $0.50/mile) | 20.00 |
| 03/09/2011 | Mileage Reimbursement – Roundtrip Tampa/Largo (40 miles @ IRS-approved rate of $0.50/mile) | 20.00 |
| 03/27/2011 | Mileage Reimbursement – Roundtrip Tampa/Largo (40 miles @ IRS-approved rate of $0.50/mile) | 20.00 |
| 08/16/2013 | Mileage Reimbursement – Roundtrip Tampa/Largo (40 miles @ IRS-approved rate of $0.565/mile) | 22.60 |
|  | TOTAL | $361.60 |