UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

FEDERAL TRADE COMMISSION,

    Plaintiff,

    v.                                    CASE NO. 8:09-cv-352-T-35MAP

GROUP ONE NETWORKS, INC. *et al.*,

    Defendants.
_____/

Before the Court is the Receiver's agreed final application for payment of fees and reimbursement of expenses (doc. 194). Upon consideration, it is hereby

ORDERED:

1. Receiver's agreed final application for payment of fees and reimbursement of expenses (doc. 194) is GRANTED.

2. The Receiver is authorized to pay himself the sum of $33,535.35, representing $32,518.75 as fees for services rendered and to be rendered, and $1,016.60 for reimbursable expenses.

3. The Receiver is authorized to destroy documents held in storage containing personally identifiable information of consumers and of the Receivership Defendants' employees.

DONE AND ORDERED in Tampa, Florida on March 26, 2014.

*/s/ Mark A. Pizzo*
MARK A. PIZZO
UNITED STATES MAGISTRATE JUDGE